

**Joshua E. Abraham**
1185 Avenue of the Americas, 22nd Fl
New York, New York  10036
T: 646 245 6710
F: 646 201 4454
josh@abrahamesq.com
**abrahamesq.com**

August 9, 2023

*Via ECF*

Hon. Naomi Reice Buchwald
United States District Court for
the Southern District of New York
500 Pearl Street
Courtroom Room 21A
New York, NY 10007-1312

Re:  *Rothstein v. PowR.US, LLC*, Case No. 1:23-cv-06347-NRB

Dear Judge Buchwald,

I represent Defendant PowR.US, LLC in the above-referenced action, and I write jointly with counsel for Plaintiff Allan Rothstein. The parties met and conferred following the telephone conference held with the Court on August 8, 2023, and per the Court's suggestion the parties would like to focus their time and resources attempting to settle this matter. To that end, the parties jointly request that the Court stay this action for 30 days and set a date for the parties to inform the Court of the status of those settlement efforts – and if settlement efforts have failed, to propose deadlines for future proceeding (including briefing on Plaintiff's motion for a preliminary injunction).

The parties thank the Court for its consideration.

Very truly yours,

Joshua E. Abraham

[Handwritten annotation: Application granted. Have Naomi Reice Buchwald, USDJ 8/10/23]

cc: All Counsel of Record (via ECF)